**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __North Carolina__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  VR KING CONSTRUCTION, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   3 0 - 0 5 8 1 1 4 5

4. **Debtor's address**

   **Principal place of business**
   626 Char-Meck Lane
   Number    Street

   Charlotte    NC    28205
   City    State    ZIP Code

   MECKLENBURG
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  <u>VR KING CONSTRUCTION, LLC</u>          Case number (if known)_____
        Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

　　☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____  When _____  Case number _____
                                       MM / DD / YYYY
         District _____  When _____  Case number _____
                                       MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor  See Attached Schedule 1          Relationship _____
         District _____    When _____
                                                       MM / DD / YYYY
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

SCHEDULE 1

10. **VR KING CONSTRUCTION, LLC**
626 Char-Meck Lane
Charlotte, NC 28205
W.D.N.C. Bankruptcy Court

**VR INVESTMENTS, LLC**
626 Char-Meck Lane
Charlotte, NC 28205
W.D.N.C. Bankruptcy Court

**BARANKO ENTERPRISES, INC.**
626 Char-Meck Lane
Charlotte, NC 28205
W.D.N.C. Bankruptcy Court

**Vinroy Reid**
7329 Boswell Rd.
Charlotte, NC 28215
W.D.N.C. Bankruptcy Court
Case No. 18-31436

Debtor  VR KING CONSTRUCTION, LLC      Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                          Number    Street

_____
City                           State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name      _____
       Phone             _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    VR KING CONSTRUCTION, LLC    Case number (if known) _____
           Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2018
            MM / DD / YYYY

X /s/ Vinroy Reid                                    Vinroy REID
Signature of authorized representative of debtor      Printed name

Title  Member MAneger

**18. Signature of attorney**

X /s/ John C. Woodman                           Date  10/31/2018
Signature of attorney for debtor                      MM / DD / YYYY

John C. Woodman
Printed name

Sodoma Law, P.C.
Firm name

211 East Blvd.
Number    Street

Charlotte                                       NC         28210
City                                            State      ZIP Code

704-442-0000                                    jwoodman@sodomalaw.com
Contact phone                                   Email address

42365                                           NC
Bar number                                      State

## CORPORATE RESOLUTION

I, the undersigned, being an Officer of **VR KING CONSTRUCTION, LLC** a North Carolina limited liability company (the "Company"), having corporate headquarters located at 626 Char-Meck Lane, Charlotte, NC 28205, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved *nun pro tunc*; and it is

**FURTHER RESOLVED**, that the managers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of the law firm of Sodoma Law, P.C., upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
         October 31, 2018

By: *[signature]*
Print Name: Marroy Reid
Its: member manager

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **VR KING CONSTRUCTION, LLC**     ) | **Chapter 11** |
| ) | **Case No. 18-_____** |
| ) | |
| ) | |
| **Debtor.**     ) | |
| _____) | |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

VINROY REID                                        Member                         100%
9809 E. W.T. Harris Blvd
Charlotte, NC 28227

October 31, 2018.

**SODOMA LAW, P.C.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
211 East Blvd.
Charlotte, North Carolina 28203
(704) 442-0000
jwoodman@sodomalaw.com
*Counsel for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **VR KING CONSTRUCTION, LLC** | ) | **Chapter 11** |
| | ) | **Case No. 18-_____** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

      Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for VR KING CONSTRUCTION, LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

__X__ NONE

Date: October 31, 2018

                                                        **SODOMA LAW, P.C.**

                                                        */s/ John C. Woodman*
                                                        John C. Woodman (NC Bar No. 42365)
                                                        211 East Blvd.
                                                        Charlotte, North Carolina 28203
                                                        (704) 442-0000
                                                        jwoodman@sodomalaw.com
                                                        *Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **VR KING CONSTRUCTION, LLC** | ) | **Chapter 11** |
| | ) | **Case No. 18-_____** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the list of creditors previously filed is true and correct to the best of his knowledge

Charlotte, NC
Date: 10/31/2018

By: Vinroy Reid
Debtor's Principal

```
Internal Revenue Service (NPO)
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service (NPO)
Teresa Driver
1677 Westbrook Plaza
Winston-Salem, NC 27103

North Carolina Department of Revenue (NPO)
P.O. Box 871
Raleigh, NC 27602

North Carolina Department of Revenue (NPO)
301 McCullough Drive
Charlotte, NC 28262

Capital One (NPO)
15000 Capital One Dr.
Richmond, VA 23238

Carolina Pathology Clinical (NPO)
c/o Financial Data Systems
1638 Military Cutoff Rd.
Wilmington, NC 28403

Chase
710 S. Ash St., Ste. 200
Glendale, CO 80246

Chase
P. O. Box 24696
Columbus, OH 43224

Chrysler Capital (NPO)
Attn: Bankruptcy Dept.
P. O. Box 961278
Fort Worth, TX 76161

CHS University Parent Hospital (NPO)
c/o PMAB, LLC
4135 S. Stream Blvd., Ste. 4
Charlotte, NC 28217

CHS Urgent Care-Eastland (NPO)
c/o PMAB, LLC
4135 S. Stream Blvd., Ste. 4
Charlotte, NC 28217
```

```
City of Charlotte
P. O. Box 1316
Charlotte, NC 28201

CMG Eastland Urgent Care (NPO)
c/o PMAB, LLC
4135 S. Stream Blvd., Ste. 4
Charlotte, NC 28217

Duke Energy
c/o Online Collections
P. O. Box 1489
Winterville, NC 28590

Duke Vinyl Products, Inc.
304 W. 32nd St.
Charlotte, NC 28206

Fern E. De Jonge, Esq. (NPO)
7718 Flatlands Ave., 2nd Fl.
Brooklyn, NY 11234

Hazelyn Mills
7329 Boswell Rd.
Charlotte, NC 28215

Home Depot
2455 Paces Ferry Rd.
Atlanta, GA 30339

JPMorgan Chase Bank, N.A.
P. O. Box 47020
Atlanta, GA 30362

Marty E. King
5054 Gatsby Cir.
Rock Hill, SC 29732

Mecklenburg County Tax Collector
Bob Walton Plaza
700 E. Stonewall St.
Charlotte, NC 28202

Mid-Atlantic Emergency Medical (NPO)
c/o Optimum Outcomes, Inc.
2651 Warrenville Rd.
Downers Grove, IL 60515

Miranda Reid (NPO)
3054 Chaffey Cir.
Decatur, GA 30034
```

```
NY State Dept. of Taxation and Finance (NPO)
Civil Enforcement Division
W. A. Harriman Campus
Albany, NY 12227

Ocwen
P. O. Box 24738
West Palm Beach, FL 33416

Thais Patricia Moran (NPO)
6740 Vernedale Glen Dr.
Charlotte, NC 28212

Verol Reid
2556 Brentwood Pl.
Charlotte, NC 28208

Wells Fargo Card Services Visa (NPO)
P. O. Box 10347
Des Moines, IA 50306

WGIV 1370 AM (NPO)
Home Builder
9349 China Grove Ch. Rd.
Pineville, NC 28134

Y2 Yoga (NPO)
212 S. Tryon St., Ste. 375
Charlotte, NC 28281
```