# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**VR KING CONSTRUCTION, LLC**,[1]<br><br>Debtor. | Case No.:  18-31635<br><br>Chapter  11 |

## DEBTOR'S *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE

**NOW COMES** VR KING CONSTRUCTION, LLC, the above-captioned debtor and debtor in possession (the "Debtor"), by and through the undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure and Local Rule 9006-1(b) of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina, respectfully requests entry of an *ex parte* order to shorten the notice period with respect to certain *Motion to Withdraw as Counsel for Debtor* (defined below).  In support of this motion, the Debtor respectfully submits as follows:

1.    On February 21, 2019, the Debtor filed that certain *Motion to Withdraw as Counsel for Debtor* (the "Motion").    On that same day, the Debtor filed a *Notice of Hearing* and served the same, along with the Motion, case wide.

3.    The Notice of Hearing provided that a hearing would be held for the Motion on **March 5, 2019 at 9:30 A.M. (EST)** before the Honorable Laura Beyer, Charles R. Jonas Federal Building, Courtroom 1-5, 401 W. Trade Street, Charlotte, North Carolina.

---

[1] This matter has been substantively consolidated with the following chapter 11 Debtors: VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.

4. Consequently, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1, the Debtor requests entry of an order shortening the notice period with respect to the Motion which is set for hearing on **March 5, 2019 at 9:30 A.M. (EST).** The Debtor scheduled the hearing for March 5, 2019 at 9:30 a.m. as currently there is a related special setting hearing scheduled for March 5, 2019 at 9:30 a.m. in the matter entitled *In re Vinroy Reid*, Chapter 13, W.D.N.C. Bankr. Case No. 18-31436 concerning a fee objection.

5. The Debtor submits that no parties in interest will be prejudiced by the shortened notice.

6. For the foregoing reasons, the Debtor submits that good cause exists to shorten the notice related to the Motion.

**WHEREFORE**, the Debtor prays the Court for entry an order granting the relief requested herein, and for such other relief as the Court deems just and proper.

Dated:    Charlotte, North Carolina
          February 21, 2019

                                        **SODOMA LAW, P.C.**

                                        */s/ John C. Woodman*
                                        John C. Woodman, NCBN 42365
                                        211 East Blvd.
                                        Charlotte, North Carolina 28203
                                        (704) 442-0000
                                        jwoodman@sodomalaw.com
                                        *Counsel for the Debtor*