# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **VR KING CONSTRUCTION, LLC**[1] | ) | Case No. 18-31635 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that VR KING CONSTRUCTION, LLC, the above-captioned debtor and debtor in possession, filed with the Court a *MOTION TO EXTEND (I) TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105 AND 365 AND (II) THE EXCLUSIVE PERIODS WITHIN WHICH THE DEBTOR MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. § 1121* (the "Motion") in connection with the above-referenced chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Motion. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **WEDNESDAY, March 13, 2019** at **9:30 A.M. (EST)** before the Honorable Laura T. Beyer in Courtroom 1-5 at the United States Bankruptcy Court, Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Motion at said hearing. No further notice will be given.

Dated:   Charlotte, North Carolina
February 27, 2019

**SODOMA LAW, P.C.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
211 East Blvd.
Charlotte, North Carolina 28203
(704) 442-0000
jwoodman@sodomalaw.com
*Counsel for Debtor*

---

[1] This matter has been substantively consolidated with the following chapter 11 Debtors: VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **VR KING CONSTRUCTION, LLC**[1] | ) | **Case No. 18-31635** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on the 27th day of February, 2019 a copy of the *Notice of Hearing* and the Motion To Extend (I) Time To Assume Or Reject Executory Contracts Pursuant To Sections 105 And 365 And (Ii) The Exclusive Periods Within Which The Debtor May File A Chapter 11 Plan And Solicit Acceptances Thereto Pursuant To 11 U.S.C. § 1121 were served via U.S. Mail and electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and on the parties pursuant to the attached matrix.

This the 27th day of February, 2019.

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
211 East Blvd.
Charlotte, North Carolina 28203
(704) 442-0000
jwoodman@sodomalaw.com
*Counsel for the Debtor*

---

[1] This matter has been substantively consolidated with the following chapter 11 Debtors: VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.