# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE:     VR KING CONSTRUCTION, LLC[1]

CASE NO:   18-31635

**Reporting Period:**

FROM:    __December 13, 2018__

TO:      __December 31, 2018__

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of 8 pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: 3/1/2019          /s/ *Vinroy Reid*
                         Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of 8 pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

*REVIEWED BUT NOT VERIFIED.*

                         /s/ *John C. Woodman*
Dated: 3/1/2019          _____
                         Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____

_____

_____

_____

_____

---

[1] This matter has been substantively consolidated with the following chapter 11 Debtors: VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 12/13/2018                                AMOUNT: $ 174,956.52

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description |  | Description |  |
| Receipts | $8,600.75 | Inventory Purchased |  |
|  |  | Salaries/Wages | $5,216.00 |
|  |  | Taxes (Total) |  |
|  |  | Insurance (Total) | $7,074.68 |
|  |  | Unsecured Loan Payments |  |
|  |  | Utilities (Total) | $896.79 |
|  |  | Rent |  |
|  |  | Professional Fees |  |
|  |  | Maintenance/Repair |  |
|  |  |  |  |
|  |  | OTHER DISBURSEMENTS (List) |  |
|  |  | Merchant and Bank Fees | $18.50 |
|  |  | Gas |  |
|  |  | Supplies |  |
|  |  | Personal | $2,805.28 |
|  |  |  |  |
| TOTAL CASH RECEIPTS | $8,600.75 | TOTAL DISBURSEMENTS | $16,011.25 |

**ENDING CASH POSITION**

DATE: 12/31/2018                                AMOUNT: $167,546.02

## PAYMENTS TO SECURED CREDITORS

_____   No Secured Debt

__x__   No Secured Debt Payments Made During Reporting Period

_____   All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT |  |

## PAYMENTS ON PRE-PETITION DEBT

__X__   No payments have been made on pre-petition unsecured debt during the reporting period.

_____   All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank:   SunTrust

Address:   P.O. Box 5035
Street and/or P. O. Box Number

Charlotte, NC 28299
City    State    Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):   Operating

Account Number:   Account No. xxxx2488

DATE PERIOD BEGINS:   12/13/2018

Ending Balance (per the attached bank statement for this period)   $ 34.50

Outstanding Deposits and Other Credits Not on Statement   $ 0.00

Outstanding Checks and Other Debits Not on Statement   $ 0.00

Ending Reconciled Balance*   $ 34.50

DATE PERIOD ENDS:   12/31/2018

Highest Daily Balance During Above Period $ 34.50

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
56/E00/0175/0/64
2488
12/31/2018

# SunTrust

## Account Statement

BARANKO ENTERPRISES, INC DIP
CASE # 18-31638
P O BOX 5035
CHARLOTTE NC 28299

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 2488 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $37.50 | Average Balance | $37.50 |
| Deposits/Credits | $.00 | Average Collected Balance | $37.50 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $3.00 | | |
| Ending Balance | $34.50 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 2488 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/31 | 3.00 | | PAPER STATEMENT FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 37.50 | 37.50 | 12/31 | 34.50 | 34.50 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

# BANK ACCOUNTS

**ALL BANKSTATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: SunTrust

Address: PO Box 5035
Street and/or PO Box Number

Charlotte, NC 28299
City　　　　　State　　　　　Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): Operating

Account Number: Account Number. xxxx5024
DATE PERIOD BEGINS: 12/13/2018

Ending Balance (per the attached bank statement for this period) $ 162,409.32

Outstanding Deposits and Other Credits Not on Statement $ 0.00

Outstanding Checks and Other Debits Not on Statement $ 0.00

Ending Reconciled Balance* $ 162,409.32

DATE PERIOD ENDS: 12/31/2018

Highest Daily Balance During Above Period $ 169,484.00
*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/64
█████5024
12/31/2018

# Account Statement

**SunTrust**

VR KING CONSTRUCTION, LLC DIP
CASE # 1831635
PO BOX 5035
CHARLOTTE NC 28299-5035

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | █████5024 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $177,100.00 | Average Balance | $170,658.36 |
| Deposits/Credits | $2,600.00 | Average Collected Balance | $170,658.36 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $17,290.68 | | |
| Ending Balance | $162,409.32 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| █████5024 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 12/20 | 2,600.00 | | DEPOSIT | | | | |

Deposits/Credits: 1          Total Items Deposited: 2

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/04 | 5,000.00 | | OVER-THE-COUNTER WITHDRAWAL |
| 12/20 | 2,616.00 | | OVER-THE-COUNTER WITHDRAWAL |
| 12/20 | 2,600.00 | | OVER-THE-COUNTER WITHDRAWAL |
| 12/28 | 7,074.68 | | OVER-THE-COUNTER WITHDRAWAL |

Withdrawals/Debits: 4

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 177,100.00 | 177,100.00 | 12/20 | 169,484.00 | 169,484.00 |
| 12/04 | 172,100.00 | 172,100.00 | 12/28 | 162,409.32 | 162,409.32 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

459715                                                Member FDIC

# BANK ACCOUNTS

**ALL BANKSTATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: SunTrust

Address: PO Box 5035
Street and/or PO Box Number

Charlotte, NC 28299
City            State            Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): Operating

Account Number: Account Number. xxxx2470

DATE PERIOD BEGINS:    12/13/2018

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ 97.00 |
| Outstanding Deposits and Other Credits Not on Statement | $ 0.00 |
| Outstanding Checks and Other Debits Not on Statement | $ 0.00 |
| Ending Reconciled Balance* | $ 97.00 |

DATE PERIOD ENDS:    12/31/2018

Highest Daily Balance During Above Period $ 97.00

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183



Page 1 of 1
66/E00/0175/0/64
2470
12/31/2018



## Account Statement

VR INVESTMENTS LLC DIP
CASE # 18-31637
P O BOX 5035
CHARLOTTE NC 28299

Questions? Please call
1-800-786-8787

**Important: Fee Changes.** Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 2470 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $100.00 | Average Balance | $100.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $100.00 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $3.00 | | |
| Ending Balance | $97.00 | | |

### Overdraft Protection

| Account Number | Protected By |
|---|---|
| 2470 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

### Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/31 | 3.00 | | PAPER STATEMENT FEE |

Withdrawals/Debits: 1

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 100.00 | 100.00 | 12/31 | 97.00 | 97.00 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

# BANK ACCOUNTS

**ALL BANKSTATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: SunTrust

Address: PO Box 5035
Street and/or PO Box Number

Charlotte, NC 28299
City     State     Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): Operating

Account Number:   Account Number. Xxxx9671
DATE PERIOD BEGINS:   12/1/2018

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ 5,005.20 |
| Outstanding Deposits and Other Credits Not on Statement | $ 0.00 |
| Outstanding Checks and Other Debits Not on Statement | $ 0.00 |
| Ending Reconciled Balance* | $ 5,005.20 |

DATE PERIOD ENDS:   12/31/2018

Highest Daily Balance During Above Period $ 5,700.76
*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 4
66/E00/0175/0/64
9671
12/31/2018

# SunTrust

## Account Statement

VR INVESTMENTS LLC
PO BOX 5035
CHARLOTTE NC 28299-5035

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 9671 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $3,338.21 | Average Balance | $2,817.14 |
| Deposits/Credits | $10,851.24 | Average Collected Balance | $2,534.56 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $9,184.25 | | |
| Ending Balance | $5,005.20 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 9671 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 12/04 | 1,000.00 | | DEPOSIT | 12/21 | 2,000.00 | | DEPOSIT |
| 12/10 | 2,760.00 | | DEPOSIT | 12/27 | 3,300.00 | | DEPOSIT |
| 12/20 | 700.00 | | DEPOSIT | | | | |
| 12/03 | 1,000.00 | | ATM DEPOSIT | | | | |
| 12/03 | 90.49 | | CHECK CARD CREDIT TR DATE 11/30 U-HAUL AT ALBEMARLE RD CHARLOTTE NC | | | | |
| 12/13 | .75 | | CHECK CARD CREDIT TR DATE 12/12 RBT EXXONMOBIL 4802 EASYSAVINGS NY | | | | |

Deposits/Credits: 8          Total Items Deposited: 6

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/03 | 90.49 | | CHECK CARD PURCHASE TR DATE 11/30 U-HAUL AT ALBEMARLE RD CHARLOTTE NC |
| 12/03 | 321.22 | | POINT OF SALE DEBIT TR DATE 11/30 COLONIAL MATER CHARLOTTE NC 83317421 |
| 12/03 | 25.97 | | POINT OF SALE DEBIT TR DATE 11/30 SHERWIN WILLIAMS 70221 CHARLOTTE NC 07852058 |
| 12/03 | 67.61 | | POINT OF SALE DEBIT TR DATE 11/30 QUIKTRIP ANDERSON SC 35878301 |
| 12/03 | 240.00 | | CHECK CARD PURCHASE TR DATE 12/01 SCOTTISH INN DECATUR GA |
| 12/03 | 70.08 | | POINT OF SALE DEBIT TR DATE 12/01 THE HOME DEPOT DECATUR GA 06089805 |
| 12/03 | 190.61 | | POINT OF SALE DEBIT TR DATE 12/02 THE HOME DEPOT DECATUR GA 05939919 |
| 12/03 | 902.08 | | ELECTRONIC/ACH DEBIT CHASEHOMEFINANCELN PMT 1046072170 |

202724

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 4
66/E00/0175/0/64
_____9671
12/31/2018



# Account Statement

| Withdrawals/Debits | | | |
|---|---|---|---|
| Date Paid | Amount | Serial # | Description |
| 12/04 | 809.89 | | CHECK CARD PURCHASE TR DATE 12/03 L AND W SUPPLY 356 ATLANTA GA |
| 12/06 | 25.01 | | POINT OF SALE DEBIT TR DATE 12/05 SHELL Service COMMERCE GA 97668901 |
| 12/06 | 64.04 | | POINT OF SALE DEBIT TR DATE 12/06 QUIKTRIP CORPORATION GREER SC 35883801 |
| 12/07 | 12.88 | | POINT OF SALE DEBIT TR DATE 12/07 7-ELEVEN 35587 CHARLOTTE NC 13443101 |
| 12/10 | 167.31 | | CHECK CARD PURCHASE TR DATE 12/06 MERIDIAN BRICK CHARLOT CHARLOTTE NC |
| 12/10 | 192.45 | | CHECK CARD PURCHASE TR DATE 12/07 LUMBER LIQUIDATORS 029 CHARLOTTE NC |
| 12/10 | 92.77 | | CHECK CARD PURCHASE TR DATE 12/07 MERIDIAN BRICK CHARLOT CHARLOTTE NC |
| 12/10 | 54.05 | | CHECK CARD PURCHASE TR DATE 12/07 MERIDIAN BRICK CHARLOT CHARLOTTE NC |
| 12/10 | 515.53 | | CHECK CARD PURCHASE TR DATE 12/07 GEICO *AUTO MACON DC |
| 12/10 | 67.85 | | CHECK CARD PURCHASE TR DATE 12/08 THE HOME DEPOT #3639 CHARLOTTE NC |
| 12/10 | 71.86 | | CHECK CARD PURCHASE TR DATE 12/08 WAL-MART #1821 CHARLOTTE NC |
| 12/11 | 75.27 | | CHECK CARD PURCHASE TR DATE 12/09 EXXONMOBIL 48024921 CHARLOTTE NC |
| 12/11 | 37.20 | | CHECK CARD PURCHASE TR DATE 12/09 FOX AND HOUND #65093 CHARLOTTE NC |
| 12/11 | 193.05 | | CHECK CARD PURCHASE TR DATE 12/10 ATLANTECH DISTRIBUTION CHARLOTTE NC |
| 12/12 | 369.07 | | CHECK CARD PURCHASE TR DATE 12/10 RESTAURANT DEPOT CHARLOTTE NC |
| 12/12 | 159.99 | | CHECK CARD PURCHASE TR DATE 12/11 SCOTTISH INN DECATUR GA |
| 12/12 | 653.40 | | POINT OF SALE DEBIT TR DATE 12/12 MR VS RESTAURA ATLANTA GA 03939853 |
| 12/13 | 30.09 | | CHECK CARD PURCHASE TR DATE 12/11 THE HOME DEPOT #0118 DECATUR GA |
| 12/13 | 92.82 | | CHECK CARD PURCHASE TR DATE 12/11 THE HOME DEPOT 118 DECATUR GA |
| 12/13 | 83.98 | | CHECK CARD PURCHASE TR DATE 12/11 THE HOME DEPOT 118 DECATUR GA |
| 12/13 | 106.59 | | POINT OF SALE DEBIT TR DATE 12/12 KROGER CO 2385 DECATUR GA 40037507 |
| 12/13 | 53.47 | | POINT OF SALE DEBIT TR DATE 12/13 THE HOME DEPOT DECATUR GA 06089885 |
| 12/13 | 90.53 | | POINT OF SALE DEBIT TR DATE 12/13 KROGER FU 4919 DECATUR GA 40147525 |
| 12/14 | 57.38 | | CHECK CARD PURCHASE TR DATE 12/12 THE HOME DEPOT #0118 DECATUR GA |
| 12/14 | 531.90 | | CHECK CARD PURCHASE TR DATE 12/13 FERGUSON ENT #058 ATLANTA GA |
| 12/14 | 47.13 | | POINT OF SALE DEBIT TR DATE 12/14 THE HOME DEPOT DECATUR GA 06089805 |
| 12/14 | 70.19 | | POINT OF SALE DEBIT TR DATE 12/14 AUTOZONE 4878 DECATUR GA 37020000 |
| 12/17 | 68.00 | | CHECK CARD PURCHASE TR DATE 12/13 SCOTTISH INN DECATUR GA |
| 12/17 | 58.85 | | CHECK CARD PURCHASE TR DATE 12/15 GORDON SPICE JAMAICAN DECATUR GA |
| 12/17 | 68.00 | | CHECK CARD PURCHASE TR DATE 12/15 SCOTTISH INN DECATUR GA |
| 12/17 | 21.59 | | POINT OF SALE DEBIT TR DATE 12/14 KROGER CO 2385 DECATUR GA 40037503 |

202725

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 4
66/E00/0175/0/64
9671
12/31/2018

# SUNTRUST

## Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 12/17 | 50.00 | | CHECK CARD PURCHASE  TR DATE 12/15 CRICKET WIRELESS 855-246-2461 FL |
| | 12/17 | 135.30 | | POINT OF SALE DEBIT  TR DATE 12/15 THE HOME DEPOT  DECATUR    GA 06089795 |
| | 12/17 | 78.45 | | POINT OF SALE DEBIT  TR DATE 12/15 THE HOME DEPOT  DECATUR    GA 05939919 |
| | 12/17 | 46.31 | | POINT OF SALE DEBIT  TR DATE 12/16 7-ELEVEN 35576 CHARLOTTE    NC 25194301 |
| | 12/17 | 21.45 | | CHECK CARD PURCHASE  TR DATE 12/16 WIKI WIKI CAR WASH - A CHARLOTTE   NC |
| | 12/17 | 8.57 | | POINT OF SALE DEBIT  TR DATE 12/16 AUTOZONE 1002  CHARLOTTE   NC 89010000 |
| | 12/18 | 34.64 | | CHECK CARD PURCHASE  TR DATE 12/16 KING OF SPICY CHARLOTTE    NC |
| | 12/18 | 5.35 | | CHECK CARD PURCHASE  TR DATE 12/17 ADVANCE AUTO PARTS #59 CHARLOTTE    NC |
| | 12/18 | 50.93 | | CHECK CARD PURCHASE  TR DATE 12/17 FOOD LION #1365  CHARLOTTE   NC |
| | 12/19 | 159.73 | | POINT OF SALE DEBIT  TR DATE 12/19 HENDRICK MOTORS OF CHA CHARLOTTE    NC 00275767 |
| | 12/20 | 70.00 | | CHECK CARD PURCHASE  TR DATE 12/18 AMERICAN 00102761 95324  CHARLOTTE   NC |
| | 12/20 | 444.35 | | CHECK CARD PURCHASE  TR DATE 12/19 PASCAL BURKE INSURANCE 877-893-7629 CA |
| | 12/21 | 73.15 | | POINT OF SALE DEBIT  TR DATE 12/21 SHELL Service CHARLOTTE    NC 87356601 |
| | 12/21 | 16.08 | | POINT OF SALE DEBIT  TR DATE 12/21 CVS/PHARMACY #  CHARLOTTE    NC 30232603 |
| | 12/21 | 193.79 | | POINT OF SALE DEBIT  TR DATE 12/21 USPS PO 3 201  CHARLOTTE    NC 18021994 |
| | 12/24 | 36.66 | | CHECK CARD PURCHASE  TR DATE 12/21 MIDWOOD SMOKEHOUSE CHARLOTTE    NC |
| | 12/24 | 213.73 | | ELECTRONIC/ACH DEBIT Duke Energy DUKE PYMNT  1552054516 |
| | 12/28 | 683.06 | | ELECTRONIC/ACH DEBIT WU:Caliber WUCaliber 00009500659322 |
| | 12/31 | 3.00 | | PAPER STATEMENT FEE |
| | 12/31 | 9.50 | | ACTIVITY FEE |

Withdrawals/Debits: 59

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 12/01 | 3,338.21 | 3,338.21 | 12/17 | 999.17 | 999.17 |
| | 12/03 | 2,520.64 | 2,520.64 | 12/18 | 908.25 | 908.25 |
| | 12/04 | 2,710.75 | 2,710.75 | 12/19 | 748.52 | 748.52 |
| | 12/06 | 2,621.70 | 2,621.70 | 12/20 | 934.17 | 934.17 |
| | 12/07 | 2,608.82 | 2,608.82 | 12/21 | 2,651.15 | 651.15 |
| | 12/10 | 4,207.00 | 1,447.00 | 12/24 | 2,400.76 | 2,400.76 |
| | 12/11 | 3,901.48 | 3,901.48 | 12/27 | 5,700.76 | 5,700.76 |
| | 12/12 | 2,719.02 | 2,719.02 | 12/28 | 5,017.70 | 5,017.70 |
| | 12/13 | 2,262.29 | 2,262.29 | 12/31 | 5,005.20 | 5,005.20 |
| | 12/14 | 1,555.69 | 1,555.69 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.

202726

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 4
66/E00/0175/0/64
9671
12/31/2018

# Account Statement

# SUNTRUST

Confidence Starts Here.

202727

Member FDIC

# BANK ACCOUNTS

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| Vinroy Reid | | $ 2,600.00 |
| Dave Brown | | $ 2,616.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**Non-Insider Employees:**
Type (i.e., Salaried, Wage)

| | | AMOUNT PAID |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**Commission/Bonus Payments:**

| | AMOUNT PAID |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**Independent Contractors:**

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**Total Salary/Wage/Commission/Payments**                            **$5,216.00**

*"Insider" is defined in 11 U.S.C. Sec 101(31)

# SALES/ACCOUNTS RECEIVABLE

I. Accounts Receivable Pending As of: 12/31/2018
(Date of Reporting Period)

II. Sales (gross) During Reporting Period: $8,600.75

III. Collections of Accounts Receivable During Reporting Period: $8,600.75

IV. New Accounts Receivables Generated During Reporting Period: $ UNKNOWN

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $N/A | $N/A | $N/A |

## INVENTORY (Cost Basis)

Beginning Date: _____     Ending Date: _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  |  | $ | $ | $ |  |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ N/A | $ N/A | $ N/A | $ N/A | N/A |

* Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies.

# ACCRUED POST-PETITION LIABILITIES

__X__  No accrued liabilities existed at the end of this reporting period.

___  All accrued liabilities existing at the end of this reporting period are listed below or on the sheet(s) attached. Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| | | |

Total Accrued Liabilities           $ 0.00

## AFFIRMATIONS

1. Yes __X__   No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2. Yes __X__   No _____   All insurance policies and renewals if applicable have been submitted to the Bankruptcy Administrator.

3. Yes __X__   No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4. Yes __X__   No _____   All post-petition taxes have been paid or deposited into a designated tax account.

5. Yes __X__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6. Yes __X__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.

*If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.