UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>VR KING CONSTRUCTION, LLC,<br><br>Debtor. | Case No.: 18-31635<br><br>Chapter 11 |

## ATTORNEY'S AFFIDAVIT

I, Robert Lewis, Jr., of The Lewis Law Firm, P.A., being duly sworn, having reviewed the petition of the Debtor in the above case for employment of services as attorney for said Debtor, do hereby state under oath as follows:

1. This Affidavit is given pursuant to Rule 2014 of the Federal Bankruptcy Rules and Section 327 of the Bankruptcy Code. Robert Lewis, Jr., and The Lewis Law Firm, P.A. representS no interest materially adverse to said Debtor or to the estate of the alleged Debtor in any matters upon which they are to be engaged. The Lewis Law Firm, P.A. are disinterested within the meaning of Section 327 (a) of the Bankruptcy Code.

2. Robert Lewis, Jr., and The Lewis Law Firm, P.A., have received $10,000.00 from Debtor. That Debtor's previous counsel has withdrawn from the case and the Debtor is now requesting that it be allowed to retain the Lewis Law Firm to represent it in its Chapter 11 case and request that it be allowed to pay Robert Lewis, Jr., of the Lewis Law Firm, $10,000.00 as a retainer to retain The Lewis Law Firm, P.A. Upon approval of this application to employ counsel, said retainer will be deposited into The Lewis Law Firm's trust account until an application for compensation has been approved by this Court. Vinroy Reid the sole shareholder of the Debtor,

compensation must be approved by the Bankruptcy Court, and he is also aware that the funds paid will be credited against the fees and expenses charged to the Debtor.

3. Robert Lewis, Jr. and The Lewis Law Firm, P.A., are of the opinion that this Debtor is an appropriate candidate for the Bankruptcy Court, and particularly Chapter 11.

4. It is the opinion of Robert Lewis, Jr. and The Lewis Law Firm, P.A., based upon the experience, knowledge and associations with the entity described herein that it would be in the best interest of the Debtor, all of the parties in interest and particularly in the interest of judicial economy for Robert Lewis, Jr., and The Lewis Law Firm, P.A., to serve as counsel for the Debtor, subject to the disclosure of the interests and representations as set forth herein.

5. Robert Lewis, Jr., and The Lewis Law Firm, P.A., based upon the payments to the law firm, understandings with the parties and the filing of the petition, have not received any preferential payment as defined by the provisions of the Bankruptcy Code.

6. Robert Lewis, Jr., and The Lewis Law Firm, P.A., have had no business, other than professional, with the Debtor, any creditor or other party in interest, or their attorneys or accountants, in connection with this Chapter 11 estate at any time.

7. This affidavit is based upon a review of applicable case law relative to debtor reorganization, potential conflicts and related matters.

8. This affidavit has been read, as the Application for Employment of Attorney sets forth, by Vinroy Reid sole Shareholder of VR King Construction, and he likewise believes the allegations to be true and correct to the best of her knowledge and belief.

DATED: March 15, 2019

_____
ROBERT LEWIS, JR
Attorney for Debtor in Possession
The Lewis Law Firm, P.A.

434 Fayetteville Street
Raleigh, NC 27601
919-719-3906 tel
919-573-9161 fax
rlewis@thelewislawfirm.com

Sworn to and subscribed
before me this the 15th
day of March, 2019.

_____
Notary Public

Notary Expires 10/03/21

DARLA D. LILLEBERG
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
October 03, 2021