# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**VR KING CONSTRUCTION, LLC,**<br><br>Debtor. | Case No.: 18-31635<br><br>Chapter 11 |

## AMENDED NOTICE OF HEARING ON DEBTOR'S OBJECTION TO AMENDED CLAIM # 2 FILED BY Y2 YOGA COTSWOLD, LLC

NOTICE IS HEREBY GIVEN of the **OBJECTION TO AMENDED CLAIM # 2 FILED BY Y2 YOGA COTSWOLD, LLC**

("Objection") filed simultaneously herewith in the above captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that this Objection may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court; and

FURTHER NOTICE IS HEREBY GIVEN, that a hearing will be conducted on the Objection at the U.S. Court House 401 West Trade Street, 1st Floor on **April 24, at 9:30 a.m.**

DATE OF NOTICE:  March 23, 2019

s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
THE LEWIS LAW FIRM, P.A.
434 Fayetteville Street, Suite 2330
Raleigh, North Carolina 27601
(919) 792-1920
(866) 628-2621 (Facsimile)
N.C. State Bar #35806
rlewis@thelewislawfirm.com