**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 14-32010** |
| **THE C.W. WILLIAMS COMMUNITY** ) | **Chapter 11** |
| **HEALTH CENTER, INC.** ) | |
| ) | |
| ) | |
| **Debtor** ) | |

## APPLICATION TO EMPLOY ACCOUNTANT

COMES NOW, the Debtor, by and through the undersigned counsel, and respectfully request authority to employ Nelson Adesegha, located at 4917 Albemarle, NC 28205, as its accountant and in support thereof, respectively shows unto the Court the following:

1. The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on October 31, 2018.

2. The Debtor desires to employ Nelson Adesegha, CFP ("Adesegha") as the accountant for the bankruptcy estate.

3. The Debtor has chosen Adesegha because he is experienced in matters of this nature and is well qualified to perform the work required in this case. Services shall be rendered at hourly rates between $100.00 per hour.

4. Adesegha does not hold an interest adverse to the estate.

5. Pursuant to 11 U.S.C. § 327(d) the employment of Adesegha would be in the best interest of the estate. Moreover, the information will be relevant to the feasibility of the Debtor's Plan of Reorganization.

6. The following is a list of professional services to be rendered by Adesegha on behalf of the Debtor.

      a. Preparation of annual corporate income tax returns;

      b. Financial reporting;

      c. Payroll accounting;

      d. General accounting needs of Debtor as they arise; and

      e. Prepare monthly bankruptcy reports.

7. All accounting services, particularly the preparation of annual tax returns, and any other general accounting needs of the Debtor will be paid for hourly.

8. The Debtor does not currently have an accountant and needs to employ Nelson Adesegha, immediately, the Debtor asserts that failure to employ said accountant may result in irreparable harm to the estate.

    WHEREFORE, the Debtor request authorization to employ Nelson Adesegha, CFP, as Debtor's accountant to perform appropriate professional services in connection with this case.

    This the 26th day of March, 2019.

                                                           The Lewis Law Firm, P.A.

                                                          s/Robert Lewis, Jr.
                                                          ROBERT LEWIS, JR.
                                                          Attorney for Debtors
                                                          NC Bar # 35806
                                                          434 Fayetteville Street, Suite 2330
                                                          Raleigh, NC  27601
                                                          Telephone: 919-719-3906
                                                          Facsimile: 919-573-9161
                                                          rlewis@thelewislawfirm.com

## CERTIFICATE OF SERVICE

   I hereby certify that I this day have served a copy of this pleading upon the other parties to this action by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to counsel for said parties, electronic case filing system or email, this 26th day of March, 2019.

                   The Lewis Law Firm, P.A.

                   s/Robert Lewis, Jr.
                   ROBERT LEWIS, JR.
                   Attorney for Debtors
                   NC Bar # 35806
                   434 Fayetteville Street, Suite 2330
                   Raleigh, NC  27601
                   Telephone: 919-719-3906
                   Facsimile: 919-573-9161
                   rlewis@thelewislawfirm.com

   TO:

Bankruptcy Administrator (via ECF)

VR KING CNSTRUCTION, LLC (via e-mail)