UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: <br><br> VR KING CONSTRUCTION, LLC, <br><br> Debtor. | Case No.: 18-31635 <br><br> Chapter 11 |

**APPLICATION FOR APPROVAL OF
COMPENSATION AND EMPLOYMENT OF OFFICER
(NUNC PRO TUNC)**

Pursuant to the provisions of Chapter 11 of the Bankruptcy Code, prior orders of this Court and the W.D.N.C. Local Bankruptcy Rule, the Debtor hereby makes application for approval of compensation and employment of officer; and, in support thereof, shows unto the Court as follows:

1. Subject to specific provisions of the W.D.N.C. Local Bankruptcy Rule, the Debtor shall not employ or provide compensation to its principals prior to Court approval.

2. Vinroy Reid, serves as the Sole Shareholder and Chief Executive Officer of the Debtor. Vinroy Reid seeks Court approval for employment by the Debtor and annual compensation of $90,000.00 paid at the rate of $7,500.00 per month. In addition to his salary, the Debtor provides Vinroy Reid with a monthly expense allowance in the amount of $600.00 a month to cover the vehicle.

3. Vinroy Reid has been employed by the Debtor on a full-time basis as the Chief Executive Officer since the Debtor's inception. Vinroy Reid did not receive a steady income from the Debtor in the twelve (12) months prior to filing the petition due to certain creditors obtaining a pre-petition attachment.

4. Vinroy Reid expects to perform services on behalf of the Debtor on an average of 40-60 hours per week.

5. In addition to his responsibilities and duties as an officer and manager, Vinroy Reid is responsible for and oversees all activities relating to the Debtor's day-to-day operations, including but not limited to:

    (a) administrative duties;

(b) marketing and business development;

(c) project management and construction consulting;

(d) responsible for financial matters of the Debtor;

(e) seeking new business opportunities and expansion of the business; and

(f) client and general and sub-contractor relations.

WHEREFORE, the Debtor requests the following:

1. That it be allowed to employ Vinroy Reid; and

2. That it be allowed to pay Vinroy Reid compensation commensurate with his role in the day to day operation of the business in the annual amount of $90,000.00 and to continue to provide him with company benefits; and,

3. That such compensation and benefits be paid from the petition.

DATED: March 26, 2019

              s/Robert Lewis, Jr.
              ROBERT LEWIS, JR.
              THE LEWIS LAW FIRM, P.A.
              434 Fayetteville Street, Suite 2330
              Raleigh, North Carolina 27601
              (919) 719-3906
              (919) 573-9161 (Facsimile)
              N.C. State Bar #35806
              rlewis@thelewislawfirm.com

VERIFICATION

Vinroy Reid, first being duly sworn, deposes and says that he is the Sole Shareholder of the Debtor and the Officer named in the foregoing document; that he has read the same and the contents thereof are true according to the best of his knowledge

_____
VINROY REID

Sworn to and subscribed before me this the 26th day of March, 2019.

_____
Notary Public

BARBARA D COSTEN
Notary Public - North Carolina
Mecklenburg County
My Commission Expires Jun 9, 2021

## CERTIFICATE OF SERVICE

I, Robert Lewis, Jr., 434 Fayetteville Street, Suite 2330, North Carolina 27601 certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I have served copies of **Application for Compensation and Employ Officer,** to the parties listed below, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: March 26, 2019

cc: Bankruptcy Administrator    (via CM/ECF)

See Attached Mailing Matrix

s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
THE LEWIS LAW FIRM, P.A.
434 Fayetteville Street, Suite 2330
Raleigh, North Carolina 27601
(919) 792-1920
(866) 628-2621 (Facsimile)
N.C. State Bar #35806
rlewis@thelewislawfirm.com
