FILED
U.S. Bankruptcy Court
Western District of NC

APR 0 2 2019

Steven T. Salata, Clerk
Charlotte Division
TES

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:  VR King Construction, LLC          )
                                           )
                                           )   Case No.: 18-31635
                                           )   Chapter:  11
                                           )
                    Debtor.                )
                                           )
_____)

## ACKNOWLEDGMENT OF DISPOSAL OF EXHIBITS

The undersigned hereby acknowledges that the exhibits referenced on the attached Exhibit List were disposed of in the following manner:

[ ]     Exhibits were disposed of by the undersigned on _____, after expiration of the 30-day notice period, confirmation of service of the Notice of Intention to Dispose of Exhibits upon the proper parties, and consultation with the Chief Deputy Clerk.

[ X ]   Exhibits were retrieved on 4-2-19 by the undersigned.  The retrieving party understands and agrees that it is the responsibility of the retrieving attorney and/or law firm to maintain the referenced exhibits for purposes of appeal

Dated:  _____4-2-19_____

By: _____
        Retrieving Party

U.S. BANKRUPTCY COURT

By: _____
        Deputy Clerk

FILED
U.S. Bankruptcy Court
of NC

**EXHIBIT RECORD**

MAR 2 7 2019

Steven T. Salata, Clerk
Charlotte Division
KRT

| Date: March 27, 2019 | | Courtroom Deputy: Kim Towery | |
|---|---|---|---|
| Case Name(s): VR King Construction, LLC | | | |
| Case Numbers(s): 18-31635 | | | |
| Attorney for Debtor: Robert Lewis | | | |
| Attorney Creditor: James Henderson/Dave Guidry | | | |
| Bankruptcy Administrator: Shelley Abel | | | |
| Number | Description | ID | ADM |
| BA Exhibit 1 | Bank account ending in 5024 dated 11/30/18 | x | x |
| BA Exhibit 2 | Bank account ending in 5024 dated 12/31/18 | x | x |
| BA Exhibit 3 | Bank account ending in 9671 dated 11/30/18 | x | x |
| BA Exhibit 4 | Bank account ending in 9671 dated 12/31/18 | x | x |
| BA Exhibit 5 | Bank account ending in 2470 dated 11/30/18 | x | x |
| BA Exhibit 6 | Bank account ending in 2470 dated 12/31/18 | x | x |
| BA Exhibit 7 | Bank account ending in 2488 dated 11/30/18 | x | x |
| BA Exhibit 8 | Bank account ending in 2488 dated 12/31/18 | x | x |
| BA Exhibits 9 - 16 | Various bank statements for VR King Construction, LLC | x | x |
| Creditor Exhibit A | Various documents filed in Vinroy Reid bankruptcy case | x | x |
| Creditor Exhibit C | NC Secretary of State printout re: Mama's Caribbean Grill Central Avenue | x | x |
| Creditor Exhibit D | Schedules filed in VR King Construction bankruptcy case | x | x |
| Creditor Exhibit E | Monthly status report for VR King Construction bankruptcy case | x | x |
| Creditor Exhibit F | Documents filed in Baranko Enterprises bankruptcy case | x | x |
| Creditor Exhibit G | Baranko monthly report filed for 4th quarter | x | x |
| Creditor Exhibit H | Schedules filed in VR Investments bankruptcy case | x | x |
| Creditor Exhibit I | VR Investments monthly report | x | x |
| Creditor Exhibit J | VR King Construction reports | x | Judicial notice |
| Creditor Exhibit L | Picture of property on W.T. Harris Blvd. | x | x |



| BA Exhibit 17 | Emails between Vinroy Reid and Amelia Richardson dated March 1, 2019 | X | X |
|---|---|---|---|
| Creditor Exhibit M | Substitute Form W-9 and Wells Fargo Consumer and Business Applications | x | x |
| | | | |
| | | | |
| | | | |
| Location: Charlotte | | | |

FILED
U.S. Bankruptcy Court
Western District of NC

## EXHIBIT RECORD

APR 0 1 2019

Steven T. Salata, Clerk
Charlotte Division
TES

| Date: 4/1/19 | Courtroom Deputy: Tara Salmons | | |
|---|---|---|---|
| Case Name(s): VR King Construction, LLC | | | |
| Case Numbers(s): 18-31635 | | | |
| Attorney for Debtor: Robert Lewis | | | |
| Attorney for Creditor: James Henderson | | | |
| Attorney for BA/Trustee: Shelley Abel; Jenny Holman | | | |
| Number | Description | ID | ADM |
| Debtor 1 | Letter from Nautilus Insurance Group dated 2/17/17 | X | X |
| Debtor 2 | Final Judgment | X | X |
| | Motion to Consolidate (doc 12) | Judicial Notice | Judicial Notice |
| Tab 3 | Affidavit of John C. Woodman and related Exhibits A-L | X | X |
| Exhibit A to DeMoss Affidavit | Email sent by Whitney DeMoss | X | X |
| Exhibit B to DeMoss Affidavit | Attachments to Email | X | X |
| Exhibit C to DeMoss Affidavit | Declaration and Schedules for VR Investments | X | X |
| Exhibit D to DeMoss Affidavit | Declaration and Schedules for Baranko Enterprises | X | X |
| Exhibit E to DeMoss Affidavit | Email from Vinroy Reid to Whitney DeMoss dated 11/26/18 | X | X |
| Exhibit A to Richardson Affidavit | Email draft monthly status reports dated 2/21/19 | X | X |
| Exhibit B to Richardson Affidavit | Email regarding bank statements dated 2/22/19 | X | X |
| Exhibit C to Richardson Affidavit | Bank account statements with handwriting | X | X |
| Exhibit D to Richardson Affidavit | Collection of signature pages for Monthly Status Reports | X | X |
| Exhibit E to Richardson Affidavit | Email dated 2/28/19 regarding Monthly Status Reports and Quarterly Fee Statements | X | X |
| Exhibit F to Richardson Affidavit | Attachments to email | X | X |
| Exhibit G to Richardson | Follow up email dated 2/28/19 regarding Monthly Status Reports and Quarterly Fees | X | X |

| | | | |
|---|---|---|---|
| Affidavit | | | |
| Exhibit H to Richardson Affidavit | Reid response to email | X | X |
| Exhibit I to Richardson Exhibit | Email requesting yes or no response dated 3/1/19 | X | X |
| Exhibit J to Richardson Exhibit | Okay to file email dated 3/1/19 | X | X |
| BA Exhibit 18 | Portion of transcript of 341 meeting | X | X |
| BA Exhibit 32 | Email sent on 9/19/18 regarding money orders | X | X |
| BA Exhibit 28 | Correspondence dated 9/12/18 between Woodman and Johnson regarding current assets | X | X |
| BA Exhibit 31 | Creditor list with handwritten notes | X | X |
| BA Exhibit 26 | Lease for Atlanta Property | X | X |
| BA Exhibit 27 | Lease for 9301 Misenheimer Road | X | X |
| BA Exhibit 29 | Email dated 9/13/18 regarding offer | X | X |
| BA Exhibit 30 | Handwritten Schedule A/B | X | X |
| BA Exhibit 33 | Email dated 9/19/18 regarding money orders | X | X |
| BA Exhibit 34 | Email dated 9/20/18 regarding residences | X | X |
| BA Exhibit 35 | Email chain dated 9/20/18 regarding petition | X | X |
| BA Exhibit 36 | Email dated September 21, 2018 regarding petition | X | X |
| BA Exhibit 37 | Email dated 9/21/18 regarding possible extension of automatic stay | X | X |
| BA Exhibit 38 | Email dated 9/28/18 regarding divorce | X | X |
| BA Exhibit 39 | Email chain dated September 28, 2018 through October 1, 2018 regarding schedules and statements being filed | X | X |
| BA Exhibit 40 | Letter regarding 341 meeting | X | X |
| BA Exhibit 41 | Email dated 10/8/18 including documents relating to mortgage modification | X | X |
| BA Exhibit 42 | Email dated10/25/18 regarding Schedule I | X | X |
| BA Exhibit 43 | Email dated 10/26/18 regarding drafts of Schedule I and J, Statement of Income | X | X |
| BA Exhibit 44 | Email dated 11/2/18 regarding verdict | X | X |
| BA Exhibit 45 | Email dated 11/8/18 regarding pre-judgment interest | X | X |
| BA Exhibit 46 | Email dated 11/16/18 regarding Ch. 13 instructions from Tadlock's Office | X | X |
| BA Exhibit 47 | Email dated 11/29/18 regarding Local Form 3 and Local Form 13 | X | X |

| BA Exhibit 48 | Series of emails dated 12/4/18 regarding amendments to schedules | X | X |
|---|---|---|---|
| BA Exhibit 49 | Email dated 1/17/19 regarding financial management | X | X |
| Location: Charlotte | | | |