FILED & JUDGMENT ENTERED
Steven T. Salata

April 3 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Case No.: 18-31635 |
| VR KING CONSTRUCTION, LLC, | |
| | Chapter 11 |
| Debtor. | |

ORDER APPOINTING ATTORNEY FOR DEBTOR IN POSSESSION

Upon the application of V.R. King Construction, LLC, ("Debtor in Possession"), for leave to employ Counsel, and for sufficient reasons appearing, the Court finds and concludes as follows:

1. That the Debtor in Possession has made an application for authority to employ Robert Lewis Jr., of the Lewis Law Firm, P.A., to serve Counsel as required, as its attorney in this case pursuant to 11 U.S.C. Sections 327 and 1107.

2. That the employment of an attorney to represent the Debtor in Possession is in the best interest of the Debtor's estate,

3. That Robert Lewis, Jr., and other members of the Lewis Law Firm, P.A., are disinterested persons, and do not hold or represent an interest adverse to the estate, and are qualified for employment as Counsel for the Debtor in Possession under 11 U.S.C. Sections 327 and 1107; and that the employment of said attorney on a general retainer to represent the Debtor in possession would be in the best interest of the Debtor's Estate; therefore it is:

ORDERED that V.R. King Construction, LLC., the Debtor in Possession is authorized to retain and employ Robert Lewis, Jr., and such other members of The Lewis Law Firm, P.A., Raleigh, North Carolina, to advise and direct the Debtor in Possession in the performance of its duties as such and to assist the Debtor in Possession generally in procedure, investigation and other legal aspects in the administration of the estate which may arise therein.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |