

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 18−31635
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
 VR King Construction, LLC
 626 Char−Meck Lane
 Charlotte, NC 28205
 Social Security No.:
 Debtor EIN:
 30−0581145

---

# NOTICE TO CREDITORS OF POSSIBLE DIVIDEND

**YOU ARE HEREBY NOTIFIED** pursuant to Rule 3002(c)(5) that payment of a dividend in the above−referenced case appears possible.

You must file a claim at the address indicated below no later than 90 days from the date of this notice. If you have already filed a claim in this case, you need not refile your claim.

For Governmental units, a proof of claim must be filed by the 90−day deadline or 180 days after the date of the order for relief in the case, whichever is later.

**TAKE FURTHER NOTICE THAT ALL PROOFS OF CLAIM, INCLUDING ATTACHMENTS, MUST BE FILED ELECTRONICALLY WITH THE CLERK OF BANKRUPTCY COURT. Instructions can be found on the Bankruptcy Court's web site at www.ncwb.uscourts.gov. A password or login is not required to file a claim.**

Dated: May 15, 2019                                         Steven T. Salata
                                                            Clerk of Court

Electronically filed and signed (5/15/19)