FILED & JUDGMENT ENTERED
Steven T. Salata

October  3  2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

VR KING CONSTRUCTION, LLC, *et al.*,[1]

Debtor

Case No.  18-31635-LTB
Chapter 7

ORDER AUTHORIZING TRUSTEE TO EXECUTE AMENDMENT TO CONTRACT FOR SALE OF REAL ESTATE AND AMENDING ORDER ALLOWING SALE OF REAL ESTATE AT PRIVATE SALE OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. §363

THIS CAUSE coming on to be heard and being heard before the undersigned Judge of the Bankruptcy Court for the Western District of North Carolina, on October 2, 2019, upon the Trustee's *MOTION TO AMEND ORDER ALLOWING THE SALE OF REAL ESTATE AT PRIVATE SALE OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF LIENS AND INTERESTS  PURSUANT TO 11 U.S.C. §363* (the "Motion") filed with this Court on September 25, 2019 at Docket No. 205, concerning certain real property owned by the Debtor, having an address of **1300 Seigle Avenue, Charlotte, North Carolina, 28205 (Mecklenburg County)**[2], (the "Real Property"), with appearances as noted in the Court's record; and it appearing that the Court by its *Ex-Parte Order Shortening Notice* at Docket No. 208 (the "Shortening Order") shortened notice of the hearing on the Motion to seven days, and it further appearing that, as allowed by the Shortening Order, due and proper notice of the Motion and the hearing thereon was given to all creditors and parties in interest, and it further appearing that only Robert Lewis, Jr. of The Lewis Law Firm, P.A. representing the Debtor filed a *Response in Opposition to the Motion to Amend Order Allowing the Sale of Real Estate at Private Sale Outside the Ordinary Course of Business Free and Clear of Liens and Interest Pursuant to 11.U.S.C. § 363* Docket No. 210 (the "Response") in response to the Motion and the Court having reviewed the Motion and the Response, the file in this case and considered the statements of the Trustee and arguments of counsel and for the reasons stated on the record is of the opinion that the Motion should be GRANTED as prayed for.

---

1  This case has been substantively consolidated with the following cases:  VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.
2   In addition to 1300 Seigle Avenue, Charlotte, North Carolina the Real Property is also known as 909 E. 16th Street, Charlotte, North Carolina.

NOW THEREFORE, it is ORDERED that the Amendment as executed by the Trustee is approved;

IT IS FURTHER ORDERED that this Court's *Order Authorizing Trustee to Sell Real Estate at Private Sale Outside of the Ordinary Course of Business Free and Clear of Liens and Interests Pursuant to 11 U.S.C. § 363* Docket No. 182 be and hereby is amended as follows:

1.  The Purchase Price of the Real Estate shall be reduced from $341,000 to $323,000; and,

2.  The real estate commission to be paid to Teresa Wilson shall be reduced from $20,460 to $18,380; and

IT IS FURTHER ORDERED that this Order shall be immediately effective and the provisions of Bankruptcy Rule 6004(g) staying this order for fourteen days shall not apply.

This Order has been signed electronically.             United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.