# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**VR KING CONSTRUCTION, LLC,**<br><br>Debtor.[1] | Case No.: 18-31635<br><br>Chapter 7 |

## DESIGNATION OF RECORD ON APPEAL

NOW COMES, Appellant, VR King Construction, LLC (hereinafter "Appellant") and shows unto this Court its Designation of The Record on Appeal and states as follows:

1. That the Debtor filed a Chapter 11 Bankruptcy proceeding on October 31, 2018.

2. The Debtor's bankruptcy proceeding was converted to a Chapter 7 bankruptcy on April 11, 2019.

3. On April 25, 2019, the Debtor filed a Motion to Reconsider the Order Granting Motions To Convert Case to Chapter 7 and Denying Motion for Order Requiring Turnover, Escrow or Prohibiting Use of Insurance Proceeds Coverage.

4. The Court issued an Order Denying the Debtor's Motion to Reconsider Order Granting Motions To Convert Case to Chapter 7 and Denying Motion for Order Requiring Turnover, Escrow or Prohibiting Use of Insurance Proceeds Coverage on September 6, 2019.

5. The Debtor filed its Notice of Appeal on September 20, 2019.

6. That pursuant to Rule 8006 Appellant is allowed fourteen (14) days to file the Designation of the Record on Appeal after filing their Notice of Appeal.

7. The Record includes the following:

    (a) Motion to Convert Case From Chapter 11 to Chapter 7 filed by James Henderson on behalf of Y2 Yoga Cotswald, LLC on February 22, 2019, Docket #38.

    (b) Response Objection to Y2 Yoga's Motion to Convert Case filed by John woodman on behalf of VR King Construction, LLC filed February 27, 2019, Docket #44

    (c) Motion to Convert Case From Chapter 11 to Chapter 7 filed by the Office of the United States Bankruptcy Administrator filed March 15, 2019, Docket #59.

    (d) Motion to Convert Case From Chapter 11 to Chapter 7 filed by the Office of the United States Bankruptcy Administrator on April 8, 2019 Docket #112.

---

[1] This case has been substantively consolidated with the following Chapter 11 debtors: VR Investments, LLC 18-31637 and Baranko Enterprises, Inc 18-31638

(e) Order Granting Motions To Convert Case to Chapter 7 and Denying Motion for Order Requiring Turnover, Escrow or Prohibiting Use of Insurance Proceeds Coverage entered April 11, 2019, Docket #115.

(f) Motion to Reconsider Order Converting case to A Chapter 7 and Denying Motion for Order Requiring Turnover, Escrow or Prohibiting Use of Insurance Proceeds Coverage Converting Case. Filed April 25, 2019. Docket #125

(g) Response in opposition to Motion Requesting Reconsideration filed by A. Burton Shuford on May 3 2019, Docket#132

(h) Response in opposition to Motion Requesting Reconsideration filed by the Office of the United States Bankruptcy Administrator on May 17, 2019, Docket#143

(i) Objection in opposition to Motion for Reconsideration filed by Y2 Yoga Cotswald, LLC on May 20, 2019, Docket #146.

(j) Order Denying Debtor's Motion Requesting Reconsideration of Order Granting Motions To Convert Case to Chapter 7 and Denying Motion for Order Requiring Turnover, Escrow or Prohibiting Use of Insurance Proceeds Coverage entered on September 6, 2019, Doc. #190.

(k) Notice of Appeal, filed September 20, 2019, Docket #202.

(l) Transcript of hearing held on March 27, 2019.

(m) Transcript of hearing held April 1, 2019.

(n) Transcript of hearing held on August 28, 2019.

This the 4th day of October, 2019,

                THE LEWIS LAW FIRM, PA.

                /s/Robert Lewis, Jr.
                ROBERT LEWIS, JR.
                Attorney for Debtor
                NC Bar # 35806
                434 Fayetteville St. Ste. 2330
                Raleigh, NC  27602
                Telephone: 919-719-3906
                Facsimile: 919-5739161
                rlewis@thelewislawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re:<br><br>VR KING CONSTRUCTION, LLC,<br><br>Debtor. | Case No.: 18-31635<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

I hereby certify that I this day have served a copy of former Counsel for the Debtor's **DESIGNATION OF RECORD ON APPEAL**

To all the other parties listed below electronically via CM/ECF, e-mail or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, as indicated below, this 4th day of October, 2019.

Shelley K. Abel
Bankruptcy Administrator  (via ECF)
402 West Trade Street
Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A.Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel:  (980) 321-7005

Fax: (704) 943-1152

Vinroy W. Reid  (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

This the 4th day of October 2019.

                                        THE LEWIS LAW FIRM, PA.

                                        /s/Robert Lewis, Jr.
                                        ROBERT LEWIS, JR.
                                        Attorney for Debtor
                                        NC Bar # 35806
                                        434 Fayetteville St. Ste. 2330
                                        Raleigh, NC  27602
                                        Telephone: 919-719-3906
                                        Facsimile: 919-5739161
                                        rlewis@thelewislawfirm.com