FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 18-31635-LTB | |
| Case Name: | VR KING CONSTRUCTION, LLC | |
| For the Period Ending: | 1/30/2020 | |

| | | |
|---|---|---|
| Trustee Name: | A. Burton Shuford | |
| Date Filed (f) or Converted (c): | 04/11/2019 (c) | |
| §341(a) Meeting Date: | 05/08/2019 | |
| Claims Bar Date: | 08/13/2019 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   Wells Fargo Operating xx2739 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2   Check | $175,000.00 | $175,000.00 | | $0.00 | FA |
| Asset Notes:   Funds deposited in DIP account by debtor prior to conversion. | | | | | |
| 3   Accounts Receivable - over 90 days old | $10,000.00 | $10,000.00 | | $0.00 | $0.00 |
| Asset Notes:   Uncollectible | | | | | |
| 4   Chairs, Desks, Printer | $100.00 | $100.00 | | $0.00 | $0.00 |
| Asset Notes:   de min value | | | | | |
| 5   Computer | $100.00 | $100.00 | | $0.00 | $0.00 |
| Asset Notes:   de min value | | | | | |
| 6   2014 Dodge Ram 2500 (Used for Business Purposes) - Title held by Vinroy Reid | $16,000.00 | $2,436.14 | | $0.00 | $16,000.00 |
| 7   Hand Tools | $150.00 | $150.00 | | $0.00 | $0.00 |
| Asset Notes:   de min value | | | | | |
| 8   1300 Seigle Ave Charlotte, NC - 909 E. 16th St. - Tax Value | $137,500.00 | $341,000.00 | | $323,000.00 | $0.00 |
| Asset Notes:   Property sold - see order Doc. 181 | | | | | |
| 9   NC General Contractor's License | $1.00 | $1.00 | | $0.00 | $0.00 |
| Asset Notes:   de min value | | | | | |
| 10   1413 Catherine Simmons Av. Charlotte | $62,400.00 | $62,400.00 | | $0.00 | $62,400.00 |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 11   1720 Pegram St., Charlotte | $71,900.00 | $71,900.00 | | $0.00 | $71,900.00 |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 12   2586 Hemphill St., Charlotte | $52,400.00 | $0.00 | | $0.00 | $52,400.00 |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 13   626 Char Meck Lane, Charlotte | $150,000.00 | $150,000.00 | | $0.00 | $150,000.00 |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 14   1228 Clanton Road, Charlotte | $51,900.00 | $0.00 | | $0.00 | $51,900.00 |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 15   9809 E WT Harris Bv, Charlotte | $50,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 16   3234 Rozzells Ferry Road, Charlotte | $90,900.00 | $90,900.00 | | $0.00 | $90,900.00 |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 17   1411 Catherine Simmons Av., Charlotte | $99,800.00 | $99,800.00 | | $0.00 | $99,800.00 |
| Asset Notes:   From VR Investments Schedules filed 11/26/19 | | | | | |
| 18   1205 Allen St., Charlotte | $90,100.00 | $90,100.00 | | $190,175.00 | $0.00 |
| Asset Notes:   From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 19   7325 Boswell Road, Charlotte | $16,600.00 | $16,600.00 | | $0.00 | $16,600.00 |

**FORM 1** Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-31635-LTB | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 04/11/2019 (c) |
| For the Period Ending: | 1/30/2020 | §341(a) Meeting Date: | 05/08/2019 |
| | | Claims Bar Date: | 08/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| **Ref. #** | | | | | |
| 20  7329 Boswell Road, Charlotte | $122,500.00 | $122,500.00 | | $0.00 | $122,500.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 21  7333 Boswell Road, Charlotte | $14,600.00 | $14,600.00 | | $0.00 | $14,600.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 22  7337 Boswell Road, Charlotte | $13,500.00 | $13,500.00 | | $0.00 | $13,500.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 23  7407 Boswell Road, Charlotte | $45,400.00 | $150,000.00 | | $147,000.00 | $3,000.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 24  9515 Gwynne CR, Charlotte | $6,000.00 | $6,000.00 | | $0.00 | $6,000.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 25  Gwynne Hill Road, Charlotte | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 26  9511 Gwynne Hill Road, Charlotte | $6,000.00 | $6,000.00 | | $0.00 | $6,000.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 27  9512 Gwynne Hill Road, Charlotte | $60,700.00 | $60,700.00 | | $0.00 | $60,700.00 |
| **Asset Notes:** From Baranko Enterprise Inc. Schedules filed 11/26/19 | | | | | |
| 28  SunTrust Account - VR INVESTMENTS LLC DIP ACCOUNT XX2470 (u) | $0.00 | $2,090.55 | | $2,090.55 | FA |
| 29  SunTrust Account - VR KING CONSTRUCTION, LLD DIP ACCOUNT XX5024 (u) | $0.00 | $87,147.83 | | $87,147.83 | FA |
| 30  SunTrust Account - VR INVESTMENTS LLC ACCOUNT XX9671 (u) | $0.00 | $410.21 | | $410.21 | FA |
| 31  SunTrust Account - VR INVESTMENTS LLC DIP ACCOUNT XX2470 (u) | $0.00 | $495.04 | | $495.04 | FA |
| 32  STATE OF NC - UNCLAIMED FUNDS (u) | $0.00 | $3,053.08 | | $3,053.08 | $0.00 |
| 33  STATE OF NC - UNCLAIMED FUNDS - VR INVESTMENTS (u) | $0.00 | $413.47 | | $413.47 | $0.00 |

**TOTALS (Excluding unknown value)**                                                                **Gross Value of Remaining Assets**

$1,343,551.00         $1,577,397.32                              $753,785.18         $838,200.00

**Major Activities affecting case closing:**

| Case No.: | 18-31635-LTB | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 04/11/2019 (c) |
| For the Period Ending: | 1/30/2020 | §341(a) Meeting Date: | 05/08/2019 |
| | | Claims Bar Date: | 08/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

01/13/2020     NOTES

7 9 19  Draft order to sell Allen Street property.

7 16 19  Draft Report of Initial Deposit.  Finalize and file same with WDNC.  Review notes and begin preparation of SAR.  Forward to ABS.  sxb

7 17 19  Draft motion to shorten notice.  Draft corresponding order.  Review and revise amended motion to sell 1205 Allen Street.  Finalize and file amended motion to sell 1205 Allen Street with WDNC.   Serve case wide.  Calendar hearing and order reminders.  Finalize and file motion to shorten notice.  Serve as appropriate.  Review and revise second motion to sell 7407 Boswell St.  Finalize and file motion to sell 7407 Boswell St. with WDNC.  Serve case wide.  Calendar hearing and order reminders.  sxb

7 24 19  Deposit bank account funds via TES scan.  Set up assets to connect to deposits.   sxb

7 25 19  Draft motion to sell 1300 Seigle Avenue property.  Draft motion to shorten notice.  Draft order to shorten. Receipt of title work and forward to ABS.  Forward to ABS.  Receipt of March bank statements.  .  sxb

7 26 19  Review and revise motion to sell 1300 Seigle Avenue property.Finalize and file motion to sell 1300 Seigle Avenue property with WDNC.  Serve case wide.  Calendar hearing and order reminders.    Finalize and file motion to shorten with WDNC.  Serve as appropriate.  Finalize and submit order to shorten to WDNC for Judge's signature and entry into docket.   sxb

07/28/2019 06:12pm SXB Finalize and file SAR with WDNC.

07/31/2019 12:41pm ABS - Attend hearing on motion to sell 1205 Allen Street.  Granted.

08/01/2019 02:06pm ABS - Hearing on motion to convert Vinroy's case to Ch 7 - voluntary conversion with ABS to be trustee.  Hearing on motion to reconsider conversion order continued to 8/28 so debtor's attorney can propose amendments to the order.

8 5 19  Finalize 3 IRS POA's and fax to IRS for processing.  EM to Ed Bowers regarding same.  Draft order approving sale of 7407 Boswell Street. Finalize and submit order approving second motion to sell 7407 Boswell property to WDNC for Judge's signature and entry into docket.   sxb

8 7 19   Draft response to mfrs of Ocwen.  Forward to ABS with comments.  Receipt of order to sell 7407 Boswell Road.   sxb

8 8 19  Finalize and file response to mfrs in Vinroy Reid case with WDNC.  Serve as appropriate.  Calendar hearing reminder.   sxb

8 13 19  Finalize and submit order to sell 1300 Seigle Avenue property to WDNC for Judge's signature and entry into docket. sxb

8 14 19  Receipt of wire for sale of 1205 Allen Street.  Receipt of order to sell 1300 Seigle Avenue.   sxb

8 23 19  Forward sale order on 1300 Seigle to closing attorney.  sxb

9 3 19  Draft ex parte application to employ Anne Coley as Special Counsel.  Draft corresponding order.  sxb

9 11 19  Finalize and file motion to allow trustee authorization to grant easement related to 7407 Boswell Road with WDNC.  Serve case wide.  Draft motion to shorten notice.  Draft order to shorten notice.  Finalize and file motion to shorten notice with WDNC.  Serve as appropriate.  Finalize and submit order to shorten notice to WDNC for Judge's signature and entry into docket.  Calendar hearing and order reminders.  sxb

**FORM 1**

Page No: 4

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-31635-LTB | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 04/11/2019 (c) |
| For the Period Ending: | 1/30/2020 | §341(a) Meeting Date: | 05/08/2019 |
| | | Claims Bar Date: | 08/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

9 12 19   Review and revise motion and order to employ Anne Coley.   sxb

9 16 19   Receipt of order granting motion to shorten notice.   sxb

9 17 19   Receipt of order to employ Anne Coley as Special Counsel.  Calendar answer d/l in Y2 Yoga AP.   sxb

9 24 19   Tickle d/l to respond to mfrs.  Receipt of POC deadline.  Draft motion to enlarge time to answer Complaint.  Draft corresponding order.  Finalize and file motion to extend answer deadline in both Y2 Yoga adversary proceedings.  Finalize and submit corresponding orders to extend time to WDNC for Judge's signature and entry into docket.   sxb

09/25/2019 05:44pm ABS  - hearing on easement motion - granted.

9 25 19   Draft order authorizing Trustee to grant easement related to 7407 Boswell Rd. property.  Finalize and file motion to amend order to sell with WDNC.  Serve case wide.  Calendar hearing and order reminders.  Draft motion to shorten notice.  Finalize and file same with WDNC.  Serve as appropriate.  Draft order to shorten notice.  Finalize and submit same to WDNC for Judge's signature and entry into docket.   sxb

9 26 19   Receipt of order granting motion to extend time to answer Complaint.  Receipt of order granting motion to shorten notice.  Receipt of order authorizing Trustee to grant easement. sxb

10/02/2019 07:12am ABS - hearing on motion to amend order for sale of 1300 Seigle - allowed.

10 2 19  Draft order granting motion to amend order related to sale of Seigle property.   Review and revise order granting motion to amend order related to sale of Seigle property.   Finalize and submit order related to sale of Seigle Avenue to WDNC for Judge's signature and entry into docket.   sxb

10 10 19  Review and revise motion to dismiss appeal.   Additional revisions to motion for order dismissing appeal.  Finalize and file same with District Court.  sxb

10/16/2019 12:57pm ABS - hearing on debtor's objection to Y2 proof of claim continued to January, 2020.

10 21 19  Finalize and file fee application with WDNC.  Serve case wide.  Calendar hearing and order reminders.  sxb

10 23 19  Review and review motion and order to include premium amounts.  Finalize and file motion to pay insurance premiums with WDNC.  Serve as appropriate.  Finalize order to pay insurance premiums to WDNC for Judge's signature and entry into docket. Review and revise answer in Y2Yoga AP.   sxb

10 24 19   Receipt of order approving payment of insurance premium.   Review and revise Motion to Dismiss Complaint and Answer to Complaint.  Finalize and file same with WDNC.  sxb

10 29 19  Draft Report of Sale on 1205 Allen Street. Finalize and file Report of Sale - 1205 Allen Street with WDNC.  Draft Report of Sale on 7407 Boswell Road.  Finalize and file same with WDNC.  Draft Report of Sale on 1300 Seigle Avenue.  Finalize and file same with WDNC.  sxb

11 6 19   Draft order approving fee application.  sxb

11 8 19  Finalize and submit fee order to WDNC for Judge's signature and entry into docket.  Receipt of order approving fee application.

**FORM 1**  
Page No: 5

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-31635-LTB | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 04/11/2019 (c) |
| For the Period Ending: | 1/30/2020 | §341(a) Meeting Date: | 05/08/2019 |
| | | Claims Bar Date: | 08/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

Prepare checks for same.  sxb

11 11 19  Receipt of UCF check for VR Investments.  sxb

11 15 19  Finalize and file motion to pay insurance premiums with WDNC.  Serve as appropriate.  Finalize and submit order to pay insurance premium to WDNC for Judge's signature and entry into docket.  sxb

11 18 19  Receipt of order authorizing payment of insurance premiums.  Prepare and mail check for same.  sxb

12 3 19  Draft ex parte motion to pay insurance premium on Char Meck, Rozzelles Ferry and 1413 Catherine Simmons properties.  Draft corresponding order.  sxb

12 4 19  Finalize and file motion to pay insurance premiums with WDNC.  Serve as appropriate.  Finalize and submit corresponding order to WDNC for Judge's signature and entry into docket.  sxb

07/16/2019   NOTES

**Initial Projected Date Of Final Report (TFR):**  
**Current Projected Date Of Final Report (TFR):**   12/31/2020

/s/ A. BURTON SHUFORD  
_____  
A. BURTON SHUFORD

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-31635-LTB | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1145 | | Checking Acct #: | ******1635 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/31/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2019 | (28) | SUNTRUST BANK | PROCEEDS FROM BARANKO ENTERPRISES, INC DIP ACCOUNT XX2488 | 1129-000 | $2,090.55 | | $2,090.55 |
| 07/24/2019 | (29) | SUNTRUST BANK | PROCEEDS FROM VR KING CONSTRUCTION, LLC DIP ACCOUNT XX5024 | 1129-000 | $87,147.83 | | $89,238.38 |
| 07/24/2019 | (30) | SUNTRUST BANK | PROCEEDS FROM VR INVESTMENTS LLC ACCOUNT XX9671 | 1129-000 | $410.21 | | $89,648.59 |
| 07/24/2019 | (31) | SUNTRUST BANK | PROCEEDS FROM VR INVESTMENTS LLC DIP ACCOUNT XX2470 | 1129-000 | $495.04 | | $90,143.63 |
| 08/14/2019 | | DOYLE & WALLACE | SALE OF 1205 ALLEN ST. | * | $117,384.90 | | $207,528.53 |
| | {18} | | $189,675.00 | 1110-000 | | | $207,528.53 |
| | | | SPS $(58,646.38) | 4110-000 | | | $207,528.53 |
| | | | Pro Rated Taxes $(1,302.22) | 2820-000 | | | $207,528.53 |
| | | | Commission $(11,410.50) | 3510-000 | | | $207,528.53 |
| | | | Coyle & Wallace $(550.00) | 2500-000 | | | $207,528.53 |
| | | | Revenue Stampe $(381.00) | 2500-000 | | | $207,528.53 |
| 09/19/2019 | (32) | STATE OF NORTH CAROLINA | UCF | 1290-000 | $3,053.08 | | $210,581.61 |
| 10/10/2019 | | MCNAUGHT & CLEMENTS, PLLC | SALE OF 7407 BOSWELL | * | $72,578.54 | | $283,160.15 |
| | {23} | | $146,250.00 | 1110-000 | | | $283,160.15 |
| | | | $(9,000.00) | 3510-000 | | | $283,160.15 |
| | | | PHH Mortgage $(58,003.83) | 4110-000 | | | $283,160.15 |
| | | | Mecklenburg County Tax Collector $(4,476.83) | 4120-000 | | | $283,160.15 |
| | | | Mecklenburg County Tax Collector $(678.00) | 2820-000 | | | $283,160.15 |
| | | | Electrical Repairs $(551.80) | 2500-000 | | | $283,160.15 |
| | | | Home Warranty $(600.00) | 2500-000 | | | $283,160.15 |
| | | | Deed Stamps and Recording Fee $(326.00) | 2500-000 | | | $283,160.15 |
| | | | Wire Fee Payoff $(35.00) | 2500-000 | | | $283,160.15 |
| 10/24/2019 | 5001 | STATE FARM FIRE AND CASUALTY | INSURANCE PREMIUMS | 2420-000 | | $304.40 | $282,855.75 |

| | | | | SUBTOTALS | $283,160.15 | $304.40 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-31635-LTB | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1145 | | Checking Acct #: | ******1635 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/31/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/28/2019 | | HUTCHENS LAW FIRM LLP | SALE PROCEEDS - 1300 SEIGLE AVENUE | * | $295,778.66 | | $578,634.41 |
| | {8} | | $322,800.00 | 1110-000 | | | $578,634.41 |
| | | | $(18,380.00) | 3510-000 | | | $578,634.41 |
| | | | City of Charlotte $(930.85) | 4120-000 | | | $578,634.41 |
| | | | Mecklenburg County Tax Collector $(4,043.90) | 4120-000 | | | $578,634.41 |
| | | | Mecklenburg County Property Tax $(2,915.59) | 2820-000 | | | $578,634.41 |
| | | | Revenue Stamps $(646.00) | 2500-000 | | | $578,634.41 |
| | | | Fees to Hutchens Law Firm $(105.00) | 2500-000 | | | $578,634.41 |
| 10/28/2019 | (8) | HUTCHENS LAW FIRM LLP | SALE PROCEEDS - 1300 SEIGLE AVENUE | 1110-000 | $295,778.66 | | $874,413.07 |
| 10/28/2019 | (8) | DEP REVERSE: HUTCHENS LAW FIRM | SALE PROCEEDS - 1300 SEIGLE AVENUE | 1110-000 | ($295,778.66) | | $578,634.41 |
| 10/29/2019 | | Transfer From: #*******1635 | Due Diligence Fee - 1205 Allen St. | 9999-000 | $500.00 | | $579,134.41 |
| 10/29/2019 | | Transfer From: #*******1635 | Due Diligence Fee - 7407 Boswell Road | 9999-000 | $750.00 | | $579,884.41 |
| 10/29/2019 | | Transfer From: #*******1635 | Due Diligence Fee - 1300 Seigle Ave. | 9999-000 | $200.00 | | $580,084.41 |
| 11/08/2019 | 5002 | A. BURTON SHUFORD | FEE ORDER #231 | 3110-000 | | $31,310.00 | $548,774.41 |
| 11/08/2019 | 5003 | A. BURTON SHUFORD | FEE ORDER #231 | 3120-000 | | $2,379.53 | $546,394.88 |
| 11/11/2019 | (33) | STATE OF NORTH CAROLINA | UCF - VR INVESTMENTS | 1290-000 | $413.47 | | $546,808.35 |
| 11/15/2019 | 5004 | STATE FARM FIRE AND CASUALTY | INSURANCE PREMIUMS - Oct. & Nov. | 2420-000 | | $407.32 | $546,401.03 |
| 11/18/2019 | 5005 | TRUSTEE INSURANCE AGENCY | INSURANCE PREMIUM - 1228 Clanton Rd., Gwynne Hill Rd. & 161 Catherine Simmons Avenue - See Order at #234 | 2420-000 | | $422.00 | $545,979.03 |
| 11/19/2019 | 5006 | ANNE D. COLEY | SPECIAL COUNSEL FEES - ORDER AT #201 | 3210-600 | | $500.00 | $545,479.03 |
| 12/05/2019 | 5007 | TRUSTEE INSURANCE AGENCY | INSURANCE PREMIUM - 3234 Rozzelles Ferry Rd., 626 Char Meck Lane and 1413 Catherin Simmons Avenue - See Order at #238 | 2420-000 | | $1,680.00 | $543,799.03 |
| 12/31/2019 | 5008 | TRUSTEE INSURANCE AGENCY | INSURANCE PREMIUM - 3234 Rozzelles Ferry Rd., 626 Char Meck Lane and 1413 Catherin Simmons Avenue - See Order at #238 | 2420-000 | | $1,680.00 | $542,119.03 |
| 01/23/2020 | 5009 | STATE FARM FIRE AND CASUALTY | INSURANCE PREMIUMS - Dec. & Jan. | 2420-000 | | $409.82 | $541,709.21 |
| | | | SUBTOTALS | | $297,642.13 | $38,788.67 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-31635-LTB | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1145 | | Checking Acct #: | ******1635 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/31/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $580,802.28 | $39,093.07 | $541,709.21 |
| | | | **Less: Bank transfers/CDs** | | $1,450.00 | $0.00 | |
| | | | **Subtotal** | | $579,352.28 | $39,093.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $579,352.28 | $39,093.07 | |

**For the period of 10/31/2018 to 1/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $752,335.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $752,335.18 |
| Total Internal/Transfer Receipts: | $1,450.00 |
| | |
| Total Compensable Disbursements: | $212,075.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $212,075.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/06/2019 to 1/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $752,335.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $752,335.18 |
| Total Internal/Transfer Receipts: | $1,450.00 |
| | |
| Total Compensable Disbursements: | $212,075.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $212,075.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-31635-LTB | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | VR KING CONSTRUCTION, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1145 | Checking Acct #: | ******1635 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Due Diligence |
| For Period Beginning: | 10/31/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2019 | (18) | NAGUIB S. VERJEE AND SORRAYAH | Due Diligence - 1205 Allen Street - on behalf of Dogwood Property Development, LLC | 1290-000 | $500.00 | | $500.00 |
| 07/16/2019 | (23) | MARIELA CARCAMO | Due Diligence - 7407 Boswell Rd. | 1290-000 | $750.00 | | $1,250.00 |
| 07/24/2019 | (8) | HAFTOM ALEMAYEHU | Due Diligence - 1300 Seigle Ave. | 1290-000 | $200.00 | | $1,450.00 |
| 10/29/2019 | | Transfer To: #*******1635 | Due Diligence Fee - 1205 Allen St. | 9999-000 | | $500.00 | $950.00 |
| 10/29/2019 | | Transfer To: #*******1635 | Due Diligence Fee - 7407 Boswell Road | 9999-000 | | $750.00 | $200.00 |
| 10/29/2019 | | Transfer To: #*******1635 | Due Diligence Fee - 1300 Seigle Ave. | 9999-000 | | $200.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| TOTALS: | $1,450.00 | $1,450.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $1,450.00 | |
| Subtotal | $1,450.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,450.00 | $0.00 | |

| For the period of 10/31/2018 to 1/30/2020 | | For the entire history of the account between 06/20/2019 to 1/30/2020 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $1,450.00 | Total Compensable Receipts: | $1,450.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,450.00 | Total Comp/Non Comp Receipts: | $1,450.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,450.00 | Total Internal/Transfer Disbursements: | $1,450.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 18-31635-LTB |
| Case Name: | VR KING CONSTRUCTION, LLC |
| Primary Taxpayer ID #: | **-***1145 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/31/2018 |
| For Period Ending: | 1/30/2020 |

| | |
|---|---|
| Trustee Name: | A. Burton Shuford |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1635 |
| Account Title: | Due Diligence |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $580,802.28 | $39,093.07 | $541,709.21 |

**For the period of 10/31/2018 to 1/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $753,785.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $753,785.18 |
| Total Internal/Transfer Receipts: | $1,450.00 |
| | |
| Total Compensable Disbursements: | $212,075.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $212,075.97 |
| Total Internal/Transfer Disbursements: | $1,450.00 |

**For the entire history of the case between 04/11/2019 to 1/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $753,785.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $753,785.18 |
| Total Internal/Transfer Receipts: | $1,450.00 |
| | |
| Total Compensable Disbursements: | $212,075.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $212,075.97 |
| Total Internal/Transfer Disbursements: | $1,450.00 |

/s/ A. BURTON SHUFORD

A. BURTON SHUFORD