UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

VR KING CONSTRUCTION, LLC, *et al.,* [1]

Debtor

Case No. 18-31635-LTB
Chapter 7

TRUSTEE'S **AMENDED** OBJECTION TO CLAIM NO. 3 OF TRAN LAW FIRM PLLC
AND MOTION TO PARTIALLY ALLOW CLAIM NO. 2 OF Y2 YOGA COTSWOLD, LLC

NOW COMES the Trustee, A. Burton Shuford, by and through the undersigned counsel, and moves the Court for an order concerning the following claims:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|---|---|---|
| 3 | Tran Law Firm, PLLC | $1,875.83 |

**Recommendation:** Disallow claim as claim appears to be for fees incurred post-petition.

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|---|---|---|
| 2 | Y2 Yoga Cotswold, LLC | $981,139.49 |

**Recommendation:** Allow claim as a general unsecured claim in principal amount of $396,649.57 only, without prejudice to any party in interest objecting to or seeking the allowance of the claim as secured and/or the allowance of interest and fees, in a subsequent proceeding.

This the 8th day of July, 2020.

/s/ A. Burton Shuford
A. Burton Shuford
NC Bar No. 010035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
980-321-7005; bshuford@abshuford.com

---

[1] This case has been substantively consolidated with the following cases: VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>VR KING CONSTRUCTION, LLC, *et al.,*<br><br>Debtor | Case No.  18-31635-LTB<br>Chapter 7 |

NOTICE OF TRUSTEE'S **AMENDED** OBJECTION TO CLAIM  NO. 3 OF TRAN LAW FIRM PLLC AND MOTION TO PARTIALLY ALLOW CLAIM NO. 2 OF Y2 YOGA COTSWOLD, LLC AND NOTICE OF OPPORTUNITY FOR HEARING

A. Burton Shuford, Trustee, by and through undersigned counsel, has filed an Objection with the Court as described above.  A copy of said Objection is attached hereto.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**  If you do not want the Court to grant relief requested in the attached Objection, then on or before **30 days from the date of this notice** you or your attorney must file with the Court a written response to the Objection which response must comply with local Bankruptcy Rule 9013-1 at:

Clerk, United States Bankruptcy Court

401 W. Trade Street

Charlotte, NC 28202

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.  You must also mail a copy to:

A. Burton Shuford

4700 Lebanon Road, Suite A-2

Mint Hill, NC  28227

No hearing will be held on this Objection unless a response is timely filed and served, in which case, the Court will conduct a hearing on **August 12, 2020 at 9:30 a.m.**, at the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina.  No further notice of this hearing will be given.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting the requested relief.

This the 8th day of July, 2020.

/s/ A. Burton Shuford
A. Burton Shuford
NC Bar No. 010035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
980-321-7005; bshuford@abshuford.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>VR KING CONSTRUCTION, LLC, *et al.*,<br><br>Debtor | Case No.  18-31635-LTB<br>Chapter 7 |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the *TRUSTEE'S **AMENDED** OBJECTION TO CLAIM NO. 3 OF TRAN LAW FIRM PLLC AND MOTION TO PARTIALLY ALLOW CLAIM NO. 2 OF Y2 YOGA COTSWOLD, LLC AND NOTICE OF OPPORTUNITY FOR HEARING* by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the parties listed below:

| | |
|---|---|
| Shelley K. Abel, US Bankruptcy Administrator | Via Electronic Case Filing |
| Robert Lewis, Jr., Counsel for the Debtors | Via Electronic Case Filing |

| | |
|---|---|
| Tran Law Firm PLLC<br>4850 Old Pineville Road, Unite A<br>Charlotte, NC  28217 | Y2 Yoga Cotswold, LLC<br>James H. Henderson, Esq.<br>The Henderson Law Firm<br>1120 Greenwood Cliff<br>Charlotte, NC  28204 |
| Verna Carol Bash-Flowers, Esq.<br>PO Box 927<br>Lowell, NC 28098 | |

This the 8th day of July, 2020.

   /s/  A. Burton Shuford
A. Burton Shuford, NC Bar No. 010035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
980-321-7005; bshuford@abshuford.com