UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CV-00472-GCM

VR KING CONSTRUCTION, LLC,

    Appellant.

    v.

Y2 YOGA COTSWOLD, LLC,

    Appellee.

**Notice of Appeal to the United State Court of Appeals for the Fourth Circuit**

Notice is hereby given that Robert Lewis, Jr., on behalf of Appellant VR King Construction, LLC, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of the District Court of the Western District of North Carolina Charlotte Division entered in this case June 30, 2020 (Doc.18). The Judgment grants Appellees' Joint Motion to Dismiss Appeal (Doc.14). Denies Y2 Yoga Cotswold's LLC's Motion to Dismiss Appeal (Doc. 4) as Moot and A. Burton Shuford's Motion to Dismiss Appeal (Doc. 6) as Moot.

The Parties to the Judgments appealed from and the names, telephone and fax numbers of their respective attorneys are as follows:

    Shelley K. Abel
    Bankruptcy Administrator (via ECF)
    402 West Trade Street
    Suite 200
    Charlotte, NC 27601
    Tel: 704-3507590
    Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid  (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

EXECUTED ON:  July 30, 2020              THE LEWIS LAW FIRM, P.A.

s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
PO BOX 1446
Raleigh, North Carolina 27602
(919) 719-3906 (phone)
(919) 573-9161 (Facsimile)
N.C. State Bar # 35806

## CERTIFICATE OF SERVICE

  I hereby certify that the attached NOTICE OF APPEAL was served upon the following parties by Electronic Court Filing (ECF) and mailing a copy of the same by first-class postage prepaid mail addressed as follows:

Shelley K. Abel
Bankruptcy Administrator (via ECF)
402 West Trade Street Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel:  (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

EXECUTED ON:  July 30, 2020    THE LEWIS LAW FIRM, P.A.

                s/Robert Lewis, Jr.
                ROBERT LEWIS, JR.
                PO BOX 1446
                Raleigh, North Carolina 27602
                (919) 719-3906 (phone)
                (919) 573-9161 (Facsimile)
                N.C. State Bar # 35806