FILED & JUDGMENT ENTERED
Steven T. Salata

July 27 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

VR KING CONSTRUCTION, LLC, *et al.,*[1]

Debtor

Case No. 18-31635-LTB
Chapter 7

ORDER ALLOWING TRUSTEE'S APPLICATION FOR AUTHORITY TO EXECUTE AND ENTER INTO EXCLUSIVE RIGHT TO SELL LISTING AGREEMENT

THIS CAUSE coming on to be heard and being heard before the undersigned Judge of the Bankruptcy Court for the Western District of North Carolina upon the *Trustee's Application for Authority to Execute and Enter into Exclusive Right to Sell Listing Agreement* with Keller Williams Realty for the sale of property located at 2586 Hemphill Street, Charlotte, NC filed with this Court on July 8, 2021 at ECF No. 331 (the "**Application**") and it appearing that due notice was given to all creditors and parties in interest, and parties wishing to object to the Application were required by the Notice of the Application to file objections thereto on or before 14 days from the date of said notice, and serve such objection upon the Attorney for the Trustee, and it further appearing that no such objections were filed with the Court, and the Court having reviewed the Application, and other papers in the file before the Court, the Court finds for good cause shown that the Application of the Trustee should be approved as prayed for. NOW THEREFORE, it is

ORDERED that the Exclusive Right to Sell Listing Agreement attached to the Trustee's Application is hereby approved and the Trustee is authorized to execute the same, with all final commissions and fees to be reviewed and approved in conjunction with a motion seeking approval of a sale of the property.

This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court

---

[1] This case has been substantively consolidated with the following cases: VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.