IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| V.R. KING CONSTRUCTION, LLC ) | |
| DEBTOR ) | Chapter 7 |
| ) | Case NO.: 18- 31635 |
| ) | |
| ) | |
| In re: ) | |
| ) | Chapter 7 |
| VINROY REID ) | Case No.: 18-31436 |
| ) | |
| DEBTOR. ) | |

## AMENDED DESIGNATION OF RECORD ON APPEAL

NOW COMES, Debtors-Appellants, VR King Construction, LLC & Vinroy Reid (hereinafter "Appellants" or "Debtors") and shows unto this Court its Designation of The Record on Appeal and states as follows:

The Record includes the following:

| Bankruptcy Court Docket Number | Claim Number | Date Entered / Filed | Description |
|---|---|---|---|
| 1 | | 9.21.2018 | Voluntary Petition Under Chapter 13 / Bankruptcy number: 18-31436 |
| 1 | | 10.31.2018 | Voluntary Petition Under Chapter 11 / Bankruptcy number 18-31635 |
| | 2 | 2.19.2019 | Appellee Y2 Yoga Cotswold, LLC Proof of Claim for $574,963.90 (Claims registered 2-1) |
| | 2-2 | 2.20.2019 | Appellee Y2 Yoga Cotswold, LLC Proof of Claim for $574,963.90 (Claims registered 2-2) |
| 62 | | 3.15.2019 | Appellee Objection to Claim Number: 2 with Notice of Hearing |
| | 2 | | Appellee Y2 Yoga Cotswold, LLC Proof of Claim for $981,139.00 (Claims registered 2) |
| 254 | | 7.8.2019 | Objection to Claim Number: 2,3 with Notice of Opportunity for Hearing. If a response or objection is filed |

| | | | |
|---|---|---|---|
| 255 | | 7.8.2019 | Amended Objection to Claim Number: 2,3 with Notice of Opportunity for Hearing. If a response or objection is filed |
| | 2 | 7.16.2020 | Appellee Y2 Yoga Cotswold, LLC Proof of Claim for $1,218,901.00 (Claims registered 2-4) |
| 257 | | 7.20.2020 | Objection to Claim Number: 2 with Notice of Hearing filed by Robert Lewis Jr on behalf of VR King Construction, LLC. |
| 258 | | 7.20.2020 | Amended Objection to Claim Number: 2 with Notice of Hearing filed by Robert Lewis Jr on behalf of VR King Construction, LLC. |
| 260 | | 7.20.2020 | Objection to Claim Number: 2 with Notice of Hearing filed by A. Burton Shuford on behalf of A. Burton Shuford. |
| 265 | | 7.24.2020 | Motion To Strike. filed by Robert Lewis Jr on behalf of VR King Construction, LLC, |
| | | 2.2.2021 | Disposition of Hearing Held before the Honorable Laura T. Beyer: DENIED |
| | | 2.3.2021 | Disposition of Hearing before the Honorable Laura T. Beyer: CONTINUED FOR RULING-VIA ZOOM |
| 316 | | 2.3.2021 | Exhibit List for Hearing Held 2/3/21 |
| | | 2.16.2021 | Disposition of Hearing Held before the Honorable Laura T. Beyer: OVERRULED |
| 330 | | 7.7.2021 | Order Overruling Objections to Claims |
| 333 | | 7.21.2021 | Notice of Appeal to District Court. |
| 337 | | 7.30.2021 | Request For Transcript for hearing on DATE: 2/2/2021 by Randel Raison. |
| 338 | | 7.30.2021 | Request For Transcript for hearing on DATE: 2/3/2021 by Randel Raison. |
| 339 | | 7.30.2021 | Request For Transcript for hearing on DATE: 2/16/2021 by Randel Raison. |

This the 24th day of August, 2021,

THE LEWIS LAW FIRM, PA.

/s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
Attorney for Debtor
NC Bar # 35806
PO BOX 1446
Raleigh, NC  27602
Telephone: 919-719-3906
Facsimile: 919-5739161
rlewis@thelewislawfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| V.R. KING CONSTRUCTION, LLC | ) | |
|         DEBTOR | ) | **Chapter 7** |
| | ) | **Case NO.:  18- 31635** |
| | ) | |
| | ) | |
| In re: | ) | |
| | ) | **Chapter 7** |
| **VINROY REID** | ) | **Case No. 18-31436** |
| | ) | |
|         DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I this day have served a copy of former Counsel for the Debtor's **AMENDED DESIGNATION OF RECORD ON APPEAL**

      To all the other parties listed below electronically via CM/ECF, e-mail or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, as indicated below, this 24th day of August, 2021.

  Shelley K. Abel
  Bankruptcy Administrator (via ECF)
  402 West Trade Street
  Suite 200
  Charlotte, NC 27601
  Tel: 704-3507590
  Fax: 704-344-6666

  James H. Henderson (via ECF)
  1120 Greenwood Cliff
  Charlotte NC 28202-2826
  Tel: 704-333-3444
  Fax: 704-333-5003

  A.Burton Shuford (via ECF)
  4700 Lebanon Road, Suite A-2
  Mint Hill, NC 28227

Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229


This the 24th day of August 2021,

        THE LEWIS LAW FIRM, PA.

        /s/Robert Lewis, Jr.
        ROBERT LEWIS, JR.
        Attorney for Debtor
        NC Bar # 35806
        PO BOX 1446
        Raleigh, NC 27602
        Telephone: 919-719-3906
        Facsimile: 919-5739161
        rlewis@thelewislawfirm.com