

Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>VR KING CONSTRUCTION, LLC, *et al.*,[1]<br><br>Debtor | Case No. 18-31635-LTB<br>Chapter 7 |

ORDER APPROVING PAYMENT OF INTERIM DISTRIBUTION TO
CREDITORS AND INTERIM TRUSTEE COMMISSION

The Trustee herein, A. Burton Shuford on May 11, 2022 having filed in this matter his *Application for Approval of Payment of Interim Distribution to Creditors and Interim Trustee Commission* [Docket #400] (the "**Application**"*),* and no objection to the Application having been filed within thirty (30) days after due notice to all creditors and parties in interest as required by law, and it appearing from examination of the Application that said report and account is correct, and it further appearing therefrom that the same should be allowed, approved and confirmed, it is

ORDERED that the *Application for Approval of Payment of Interim Distribution to Creditors and Interim Trustee Commission* be and hereby is approved, and it is

FURTHER ORDERED that the Trustee's application for Interim Trustee Commission in the amount of $37,577.39 is approved and it is

FURTHER ORDERED that the interim distribution to Y2 Yoga Cotswold, LLC in the amount of $715,000.00 is approved, and it is

FURTHER ORDERED that the interim distribution proposed by the Trustee in the total sum of $752,577.39 be and hereby is allowed, approved and confirmed, and, the Trustee is hereby authorized and directed to make all disbursements as set forth above.

*This Order has been signed electronically*           United States Bankruptcy Court
*The judge's signature and court's seal*
*appear at the top of the Order*

---

[1] This case has been substantively consolidated with the following cases: VR Investments, LLC 18-31637 and Baranko Enterprise, Inc. 18-31638.